# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>            Plaintiff,<br><br>    v.<br><br>BASSAM IZZUDIN ALAZZAM, et al.,<br><br>            Defendants. | Case No.  1:15-cv-00540---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS BY JUNE 12, 2015 |

On May 13, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

   1.   All pending matters and dates are VACATED; and

   2.   The parties shall file dispositional documents on or before June 12, 2015.

IT IS SO ORDERED.

Dated:   **May 14, 2015**

UNITED STATES MAGISTRATE JUDGE

1