1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BASSAM IZZUDIN ALAZZAM, et al.,<br><br>　　　　Defendants. | No.  1:15-cv-00540---SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

　　　WHEREAS, no Defendant has filed an answer or motion for summary judgment;

　　　WHEREAS, Plaintiff and Defendants have settled the matter;

　　　WHEREAS, no counterclaim has been filed;

　　Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: May 28, 2015　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Jose Escobedo

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: __May 28, 2015__

UNITED STATES MAGISTRATE JUDGE